# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **LADARIUS D. ROBINSON** | **CIVIL ACTION NO. 18-0324** |
| | **SECTION P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHREVEPORT POLICE DEPARTMENT OFFICERS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Ladarius D. Robinson's Complaint is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 6TH day of August, 2018.

                                                                                  TERRY A. DOUGHTY
                                                                                  UNITED STATES DISTRICT JUDGE